THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEOFFREY A. BAKER | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15-cv-2044 |
| | ) | |
| v. | ) | Judge James B. Zagel |
| | ) | Mag. Michael T. Mason |
| OPTIONIT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION AND ORDER

Plaintiff Geoffrey A. Baker ("Baker") brought this action against Defendant OptionIt, Inc. ("OptionIt") for breach of contract and, in the alternative, for unjust enrichment. On April 8, 2015, the Clerk entered default against OptionIt. (Dkt. # 9.) On April 23, 2015, Plaintiff moved for default judgment pursuant to Rule 55(b)(2). (Dkt. # 10.) Having considered the pleadings and having held a hearing on Plaintiff's motion, I **GRANT** Plaintiff's motion and direct the Clerk to enter default judgment against Defendant. I accept as true and accurate the factual allegations of the Complaint and they are deemed to be admitted by Defendant.

By Order of this Court, Mr. Baker is awarded the following damages and other relief:

a. $428,687.04, which amount is subject to post-judgment interest at a rate of 9% *per annum* from the date of this Order;
b. 210,000 shares of OptionIt, Inc.;
c. costs and fees related to this action and any post-judgment proceedings;
d. immediate discovery related to OptionIt's assets, including its equity stake in Smart Options, LLC.

Dated: April 30, 2015

_____
Honorable James B. Zagel
United States District Court Judge